# Court of Appeals
# of the State of Georgia

ATLANTA,  March 20, 2019

*The Court of Appeals hereby passes the following order:*

**A19D0357.  JUDY A. BUBNIAK et al. v. JAMES J. KAMLER, JR. et al.**

Following a defense verdict in this trust litigation, the trial court awarded $553,911.19 in attorney fees to the defendants. The award was expressly made under both OCGA § 9-15-14 and OCGA § 9-11-37. Plaintiffs and their counsel seek discretionary review of the fee award.

"Although OCGA § 5-6-35 (a) (10) requires that an appeal of an award of attorney fees made pursuant to OCGA § 9-15-14 be preceded by the grant of a discretionary application, a direct appeal is permitted when it is appealed as part of a judgment that is directly appealable." *Mitcham v. Blalock*, 268 Ga. 644, 646-647 (4) (491 SE2d 782) (1997) (punctuation omitted). A final award of attorney fees under OCGA § 9-11-37 is directly appealable. *Hart v. Redmond Regional Med. Center*, 300 Ga. App. 641, 642 n.6 (686 SE2d 130) (2009). Accordingly, the award in this case – made under both § 9-15-14 and § 9-11-37 – is subject to direct appeal. See id.; see also *Hallman v. Emory Univ.*, 225 Ga. App. 247, 249-250 (483 SE2d 362) (1997) (physical precedent only).

We will grant a timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Applicants shall have ten days from the date of this order to file a notice of appeal with the trial court. If they have already filed a notice of appeal,

they need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,  03/20/2019*
       *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
       *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____ , *Clerk.*